

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2015

No. 04-15-00066-CV

**CONOCOPHILLIPS COMPANY,**
Appellant

v.

**VAQUILLAS UNPROVEN MINERALS, LTD**.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVQ000438-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

The appellant's unopposed petition for permission to appeal from an interlocutory order is GRANTED. TEX. R. APP. P. 28.3. "A separate notice of appeal need not be filed" as "a notice of appeal is deemed to have been filed on [the date of this order]." *Id*. at 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id*.

The clerk's record is due no later than February 23, 2015. *Id*. at 35.1(b). The clerk of this court is directed to file a copy of this order with the trial court clerk. *Id*. at 28.3(k).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court